IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOAN PRESTON,** <br> Plaintiff, <br> v. <br><br> **THE VANGUARD GROUP, INC.,** <br><br> Defendant. | **CIVIL ACTION** <br> **NO. 14-07243** |

## **ORDER**

**AND NOW**, this 30th day of November, 2015, upon consideration of The Vanguard Group, Inc.'s ("Vanguard") Motion for Summary Judgment (ECF No. 24.), Joan Preston's ("Preston") Amended Response (ECF No. 27.), and Vanguard's Reply (ECF No. 30.), it is **ORDERED** that the Motion is **GRANTED**.  Judgment is entered in favor of Vanguard and against Joan Preston.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1